UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AMBER RIVERA, Substitute Party on Behalf of Michelle Gonzalez, Deceased<br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Acting Commissioner the Social Security<br>Defendant. | **JUDGMENT**<br><br>No. 5:24-CV-347-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 24, 2025, that defendant pay to plaintiff $4,800.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on July 24, 2025, and Copies To:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky / Wanda Mason (via CM/ECF Notice of Electronic Filing)


July 24, 2025                PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk